# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | CAUSE NO.: 2:13-CR-106-JTM-JEM |
| | ) | |
| KEYOSHA TONEY, | ) | |
| Defendant. | ) | |

### FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT KEYOSHA TONEY

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant Keyosha Toney's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin, on January 23, 2014, with the consent of Defendant Keyosha Toney, counsel for Defendant Keyosha Toney, and counsel for the United States of America.

The hearing on Defendant Keyosha Toney's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Keyosha Toney under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Keyosha Toney,

I FIND as follows:

(1) that Defendant Keyosha Toney understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Keyosha Toney understands her right to trial by jury, to persist in her plea

of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Keyosha Toney understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Keyosha Toney understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Keyosha Toney has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Keyosha Toney is competent to plead guilty;

(6) that Defendant Keyosha Toney understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Keyosha Toney's plea; and further,

I RECOMMEND that the Court accept Keyosha Toney's plea of guilty to the offense charged in Count 2 of the Indictment and that Defendant Keyosha Toney be adjudged guilty of the offense charged in Count 2 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Keyosha Toney be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 23rd day of January, 2014.

s/John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
     Honorable James T. Moody